BEFORE THE THIRD DIVISION, MAY 18, 1964

No. 68564.—Schildkraut Bros. v. United States, protest 61/15144 (New York).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the applicable Customs Regulations have now been complied with, the claim of the plaintiff was sustained. Abstract 57104 followed.